B3B (Official Form 3B) (11/11) -- Cont.

# UNITED STATES BANKRUPTCY COURT

In re: __JOHN CLARKE__  Case No. __12-11420__
Debtor(s)

## ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders that the application be:

☐ GRANTED.

This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

☒ DENIED. (No schedule filed)

The debtor shall pay the chapter 7 filing fee according to the following terms:

$ __306.00__ on or before __May 11, 2012__

$ _____ on or before _____

$ _____ on or before _____

$ _____ on or before _____

Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CASE.

☐ SCHEDULED FOR HEARING.

A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held on _____ at _____ at _____
                                                                      (address of courthouse)

IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

DATE: __4/13/12__

BY THE COURT:

United States Bankruptcy Judge

APR 13 2012

In re: **John Clark**
Bankruptcy Case No.  12 B 11420

## CERTIFICATE OF SERVICE

I, Deborah Smith certify that on    April 13, 2012 ,  I caused to be mailed by United States first class mail copies of the foregoing documents to the following by electronic service through the Court's CM/ECF system or regular U.S. mail:

*Deborah Smith* (signature)
Deborah Smith,  Courtroom Deputy

### Electronic Service through CM/ECF System

*Trustee*
**Deborah Kanner Ebner**
11 E Adams St
Suite 904
Chicago, IL 60603
(312) 9223838 Ext. 1

*U.S. Trustee*
**Patrick S Layng**
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

### Serviced by U.S. Mail

*Debtor*
**John Clark**
1424 Willow Road
Homewood, IL 60430
PRO SE